AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 13cv10791-FDS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

FILED
IN CLERKS OFFICE
2013 MAY 20  P 4: 35
U.S. DISTRICT COURT
DISTRICT OF MASS.

This subpoena for *(name of individual and title, if any)* T-mobile, USA, INC -Corporation Service Co.
was received by me on *(date)* 5/14/13 .

☒ I served the subpoena by delivering a copy to the named person as follows: I served through USPS Certified return receipt # 7012 3050 0000 7290 3421
on *(date)* 5/14/13       ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 5/19/13

*Paulette Elder*
Server's signature

Paulette Elder
Printed name and title

572 Park St. Stoughton MA 02072
Server's address

Additional information regarding attempted service, etc:

| | |
|---|---|
| U.S. POSTAGE paid ‖‖‖‖‖‖‖‖‖‖‖‖ | |
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | **COMPLETE THIS SECTION ON DELIVERY**<br><br>A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br><br>B. Received by (Printed Name): Hallah   C. Date of Delivery: 5/15 |
| 1. Article Addressed to:<br><br>TmoBile USA, Inc.<br>Corporation Service Company<br>84 State St.<br>Boston, MA 02109 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br><br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number (Transfer from service label): 7012 3050 0000 7290 3421

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540