UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL M JONES

Plaintiff                         Civil Action No. 1:12-CV-728

V.

SKY RECOVERY SERVICES, INC

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW the Plaintiff Paul Jones, and freely and voluntarily dismisses the action filed herein against the Defendant Sky Recovery Services Inc, Parties have settled their disagreements outside of court and will bear their own cost.

Respectfully Submitted

Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

CHRISTOPHER A. DUGGAN

CHRIS.DUGGAN@SMITHDUGGAN.COM

SMITH DUGGAN BUELL & RUFO LLP

DIRECT DIAL: (617) 228-4444

BOSTON OFFICE:

THREE CENTER PLAZA

BOSTON, MA 02108

FAX: (617) 248-9320

LINCOLN OFFICE:

LINCOLN NORTH

55 OLD BEDFORD ROAD

LINCOLN, MA 01773

FAX: (781) 259-1112

## CERTIFICATE OF SERVICE

I Paul Jones certify that I have served the defendants attorney of record with a copy of the forgoning instrument by email and US Postal Service First Class Mail on this 31st day of July.

Respectfully Submitted

Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

CHRISTOPHER A. DUGGAN

CHRIS.DUGGAN@SMITHDUGGAN.COM

SMITH DUGGAN BUELL & RUFO LLP

DIRECT DIAL: (617) 228-4444

BOSTON OFFICE:

THREE CENTER PLAZA

BOSTON, MA 02108

FAX: (617) 248-9320

LINCOLN OFFICE:

LINCOLN NORTH

55 OLD BEDFORD ROAD

LINCOLN, MA 01773

FAX: (781) 259-1112